JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Bianca.Pucci@usdoj.gov
*Attorneys for the United States*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 29 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIEN TYRIE MACKLIN-HICKS,<br>aka "Drae",<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:23-cr-00063-ART-NJK<br><br>**VIOLATIONS:**<br><br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Firearms Without a License<br><br>18 U.S.C. § 933(a)(1) and (b) – Trafficking Firearms<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8) Felon in Possession of a Firearm<br><br>18 U.S.C. §§ 922(o) and 924(a)(2) – Illegal Possession of a Machinegun |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*Engaging in the Business of Dealing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

Beginning from a time unknown but no earlier than February 13, 2023, and

continuing up to and including March 16, 2023, in the State and Federal District of Nevada,

**ADRIEN TYRIE MACKLIN-HICKS,**
**aka "Drae,"**

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT TWO
*Trafficking Firearms*
(18 U.S.C. §§ 933(a)(1) and (b))

Beginning from a time unknown but no earlier than February 13, 2023, and continuing up to and including on or about March 16, 2023, in the State and Federal District of Nevada,

**ADRIEN TYRIE MACKLIN-HICKS,**
**aka "Drae,"**

defendant herein, knowingly shipped, transported, transferred, caused to be transported, and otherwise disposed of a firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipient would constitute a felony, as defined in 18 U.S.C. § 932(a), all in violation of Title 18, United States Code, Section 933.

## COUNT THREE
*Felon in Possession of a Firearm*
(18 U.S.C. §§ 922(g)(1) and 924(a)(8))

Beginning from a time unknown but no earlier than February 13, 2023, and continuing up to and including on or about March 16, 2023, in the State and Federal District of Nevada,

ADRIEN TYRIE MACKLIN-HICKS,
aka "Drae,"

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Felon in Possession of a Firearm*, on or about December 19, 2018, in the Federal District of Nevada under case number 2:17-cr-00396-JCM-VCF; and *Attempted Robbery*, on or about October 10, 2016, in the Eighth Judicial District Court of Nevada, under case number C-16-315866-1; knowingly possessed a firearm, to wit: a Spike's Tactical, Model ST-15, multi-caliber AR-style firearm, bearing serial number SS028211; a Glock, Model, 19 Gen 5, 9MM pistol, bearing serial number BZBX475; a Glock, Model 19 Gen 5, 9MM pistol, bearing serial number BZBY033; an Ares Defense (Fightlite Industries), Model SCR, 5.56 caliber AR-style pistol bearing serial number AFL-001586; a ROMARM/CUGIR, Model Micro Draco, 7.62 caliber pistol, bearing serial number ROA 22 PMD-38603; and an F.N. (FN HERSTAL), Model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386205776; said possession being in and affecting commerce and said firearms having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections §§ 922(g)(1) and 924(a)(8).

## COUNT FOUR
*Illegal Possession of a Machinegun*
(18 U.S.C. § 922(o) and 924(a)(2))

Beginning from a time unknown but no earlier than February 13, 2023, and continuing up to and including on or about March 16, 2023, in the State and Federal District of Nevada,

**ADRIEN TYRIE MACKLIN-HICKS,**
**aka "Drae,"**

defendant herein, did knowingly possess and transfer a machinegun, to wit: machine gun conversion device used to modify a Glock semi-automatic firearm to fire as a fully automatic weapon, enabling said firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

DATED: this 29th day of March, 2023.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

BIANCA R. PUCCI
Assistant United States Attorney

4