**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00063-ART-NJK |
| Plaintiff, | **ORDER GRANTING** STIPULATION ECF No. 74. |
| vs. | |
| ADRIEN TYRIE MACKLIN-HICKS, | |
| CHARDONNE ARIANN WILLEEN BARNETT, | |
| JAZAREE VICTORIA TURNER, and | |
| SHIRLEY DIANN CORBIN, | |
| Defendants. | |

IT IS ORDERED that the Government's deadline to disclose all discovery pursuant to Federal Rule of Criminal Procedure 16(a)(1)(A)-(F) shall be extended to November 30, 2023.

DATED this 27th day of October, 2023.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1