# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADRIEN TYRIE MACKLIN-HICKS,<br>　aka "Drae",<br><br>　　　　Defendant. | 2:23-CR-063-ART-NJK<br><br>**Final Order of Forfeiture** |

　　The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Adrien Tyrie Macklin-Hicks, aka "Drae", to the criminal offense, forfeiting the property set forth in the Plea Agreement and Forfeiture Allegation One of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Adrien Tyrie Macklin-Hicks, aka "Drae", pled guilty. Superseding Criminal Indictment, ECF No. 24; Change of Plea, ECF No. 79; Preliminary Order of Forfeiture, ECF No. 81; Plea Agreement, ECF No. 82.

　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 19, 2024, through February 17, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 105-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 109.

On February 6, 2024, the United States Attorney's Office served Carlton Barnett by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 109-1, p. 3, 6-8, 13-19.

On February 13, 2024, the United States Attorney's Office served Carlton Barnett by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 109-1, p. 3, 9-11, 13-16, 20-24.

On February 6, 2024, the United States Attorney's Office served Maningo Law, Lance A Maningo, Attorney for Shirley Corbin, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 109-1, p. 3, 6-8, 13-16, 25-26.

On February 13, 2024, the United States Attorney's Office served Maningo Law, Lance A Maningo, Attorney for Shirley Corbin, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 109-1, p. 3, 9-11, 13-16, 27-29.

On February 6, 2024, the United States Attorney's Office served and attempted to serve Shirley Corbin by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned unclaimed unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 109-1, p. 3, 6-8, 13-16, 30-32.

On February 13, 2024, the United States Attorney's Office served and attempted to serve Shirley Corbin by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The status of the certified mail is unknown as the post office has the document listed as in transit since February 18, 2024. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 109-1, p. 3-4, 9-11, 13-16, 33-37.

On February 6, 2024, the United States Attorney's Office served Dequante Farmer by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 109-1, p. 4, 6-8, 13-16, 38-39.

On February 13, 2024, the United States Attorney's Office served Dequante Farmer by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 109-1, p. 4, 9-11, 13-16, 40-42.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Spike's Tactical, ST-15, S/N: SS028211;
2. Fightlite SCR 5.56 Caliber, S/N: AFL001586;
3. Glock 19, Gen 5 9mm, S/N: BZBX475;
4. Glock 19, Gen 5 9mm, S/N: BZBY033;
5. F.N. 5.7x28 Caliber, S/N: 386205776;
6. Micro-Draco, 7.62 Caliber, S/N: 22 PMD-38603;
7. Glock 19, Gen 5, 9mm, S/N: BZBY099; and
8. any and all compatible ammunition

(all of which constitutes property).

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Adrien Tyrie Macklin-Hicks, aka "Drae", and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED April 12, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE